1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NATHANIEL WALLACE,                          No.  2:13-cv-2648 KJN P

12                   Petitioner,

13         v.                                     ORDER

14    BOARD OF PRISON HEARINGS,

15                   Respondent.

16

17         Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner alleges that on September 25, 1990, the

19    Board of Parole Hearings ("BPH") secretly extended his term by changing it from a determinate

20    to an indeterminate sentence.  Petitioner alleges that he was denied notice of this decision as well

21    as of his right to attend the hearing where the decision to extend his term was made.  Petitioner

22    alleges that this decision was made by the BPH in Sacramento.

23         Petitioner is incarcerated at Kern Valley State Prison ("KVSP").  KVSP is located within

24    the Fresno Division of the Eastern District of this court.

25         Venue is proper in a habeas action in either the district of confinement or the district of

26    conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to

27    review the execution of a sentence, such as a parole denial claim.  See Dunne v. Henman, 875

28    F.2d 244, 249 (9th Cir. 1989).  Petitioner raises a claim challenging the execution of his sentence.

1

1  Because petitioner is confined within the Fresno Division of the Eastern District of this court,

2  pursuant to 28 U.S.C. § 1404(a) and in the interests of justice, this action is TRANSFERRED to

3  the Fresno Division of the court.

4       Good cause appearing, IT IS HEREBY ORDERED that:

5       1.  This action is transferred to the United States District Court for the Eastern District of

6  California sitting in Fresno; and

7       2.  All future filings shall reference the new Fresno case number assigned and shall be

8  filed at:

          United States District Court
9            Eastern District of California
          2500 Tulare Street
10           Fresno, CA 93721

11

12 Dated:  January 15, 2014

13

14 wall2648.109

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28